FILED US District Court-UT
MAR 01 '23 AM11:40

TRINA A. HIGGINS, United States Attorney (#7349)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: charms@webercountyutah.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS SANDOVAL,<br><br>Defendant. | INDICTMENT<br><br>VIO:<br><br>COUNT I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition<br><br>Case: 1:23-cr-00013<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 2/28/2023 |

The Grand Jury charges:

COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about January 12, 2023 in the District of Utah,

JOSE LUIS SANDOVAL,

the defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, to wit: a Taurus PT24/71 PRO CDS CAL 9mm handgun, along with

associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CLARK A. HARMS
Special Assistant United States Attorney